# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ADAM LANE                                                                                    PLAINTIFF
ADC #155843

V.                                        5:18CV00135 JM/JTR

KEDRICK R. AVERY,
Lieutenant, *et al*.                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Adam Lane may PROCEED with his excessive force claims against Defendants Lieutenant Kedrick R. Avery and Warden Budnick.

2.  All other claims and defendants are DISMISSED, WITHOUT PREJUDICE.

3.  It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

4.  The Clerk is directed to prepare a summons for Avery and Budnick. The United States Marshal is directed to serve the summons, Substituted Complaint and Attachment to Substituted Complaint,[1] and this Order on them through the ADC Compliance Division without prepayment of fees and costs or security therefor.[2]

---

[1] Dkt. Nos. 5 & 7.

[2] If either of the Defendants is no longer an ADC employee, the ADC Compliance Office must file a **SEALED s**tatement providing the unserved Defendant's last known private mailing address.

Dated this 29th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE