UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM LANE                                                                                    PLAINTIFF
ADC #155843

V.                          No. 5:18CV00135-JM-JTR

KEDRICK R. AVERY, Lieutenant; and
CHRISTOPHER BUDNIK, Warden                                                    DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. 20) is GRANTED, and Mr. Lane's claims against them are DISMISSED WITHOUT PREJUDICE.

Dated this 30th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE